TURNER LAW FIRM, LLC
**BY:  ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Protective Insurance Company,
              Proposed Intervener
**ART 8574**

| | |
|---|---|
| In re<br><br>NEW ENGLAND MOTOR FREIGHT INC., et al<br><br>              Debtors | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 19-12809 (JKS)<br><br>Chapter 11 |
| Plaintiffs<br><br>NEW ENGLAND MOTOR FREIGHT INC., et al<br><br>v.<br><br>Defendants<br><br>PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT and JOHN DOES 1-100 | Adversary No. 19-1119 (JKS)<br><br><br><br>NOTICE OF MOTION TO INTERVENE |

TO:   Karen A. Giannelli, Esq.
      Mark B. Conlan, Esq.
      Brett S. Theisen, Esq.
      Gibbons P.C.
      One Gateway Center
      Newark, New Jersey 07102
      **Attorneys for Debtors and Debtors-in-Possession**


     PLEASE TAKE NOTICE that on April 16, 2019 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the

undersigned attorneys for proposed intervener Protective Insurance Company shall move before the United States Bankruptcy Court located at 50 Walnut Street, Newark, New Jersey, based upon the attached papers for an order granting leave to intervene and injunctive relief.

Please take further notice that if you wish to contest the within motion, you must with the office of the Clerk of the Bankruptcy Court and serve upon the undersigned not later than ten (10) days in advance of the aforesaid hearing, responding papers stating with particularity the basis of your opposition to the within motion.

The proposed form of order granting the relief sought is enclosed.

If no responsive pleadings are filed, then the motion will be considered unopposed.

The moving party requests oral argument.

                                TURNER LAW FIRM, LLC
                                Attorneys for
                                Protective Insurance Company,
                                Proposed Intervener


                                BY:/s/ Andrew R. Turner
                                      ANDREW R. TURNER

Dated:  April 12, 2019