**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al*., | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| NEW ENGLAND MOTOR FREIGHT, INC. *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-01119 (JKS) |
| v. | |
| PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT and JOHN DOES 1-100, | |
| Defendants. | |

**NOTICE OF ADJOURNED PRETRIAL CONFERENCE**

**TO:** THE PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT[2]

**PLEASE TAKE NOTICE** that the Pretrial Conference in the above-captioned adversary proceeding has been adjourned to August 27, 2019 at 2:00 p.m. before The Honorable John K. Sherwood in Courtroom # 3D located at the U.S. Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Bldg., 50 Walnut St., Newark, NJ 07102.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

[2] The Defendants' names appear as the plaintiffs in the actions listed in the "Case Name" column to Exhibit A.

Dated:  June 17, 2019 **GIBBONS P.C.**

By: */s/ Brett S. Theisen*
 Karen A. Giannelli, Esq.
 Mark B. Conlan, Esq.
 Brett S. Theisen, Esq.
 One Gateway Center
 Newark, New Jersey  07102
 Telephone:  (973) 596-4500
 Facsimile:   (973) 596-0545
 E-mail:  kgiannelli@gibbonslaw.com
    mconlan@gibbonslaw.com
    btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*